IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ZACKERIA PHILLIP BRASS,

    Petitioner,

v.

MR. CAUSEY,

    Respondent.

Case No. 3:17-cv-00827-AC

ORDER

HERNANDEZ, Judge.

The Court GRANTS Petitioner's Motion for Order Dismissing Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254 Without Prejudice (ECF No. 12).

IT IS SO ORDERED.

DATED this 3 day of ~~September~~ Oct, 2017.

Marco A. Hernandez
United States District Judge

1 - ORDER -